**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MICHAEL RHAMBO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>          Plaintiff,<br><br>   vs.<br><br>SAN DIMAS HARDWARE, INC.;<br>LARRY E. MASTERS, AS TRUSTEE OF<br>THE MASTERS TRUST; and DOES 1 to<br>10,<br><br>        Defendants. | **Case No.:  2:23-cv-08293 KK (BFMx)**<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL OF ENTIRE ACTION<br>WITH PREJUDICE** |

   **PLEASE TAKE NOTICE** that MICHAEL RHAMBO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i)      A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  December 6, 2023          SO. CAL. EQUAL ACCESS GROUP


By:  ___/s/  *Jason J. Kim*___
         Jason J. Kim, Esq.
         Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**